UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 09-14147 |
| | | CHAPTER 13 |
| TIMOTHY MICHAEL JOHNSON | | |
| RHONDA MICHELLE JOHNSON | : | JUDGE JEFFERY P. HOPKINS |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916818 | $24.30 |

Creditor(s)
Cincinnati Children's Hospital
c/o Slovin & Associates Co. LPA
9435 Waterstone Boulevard
Suite 270
Cincinnati, Ohio 45249

    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, May 14, 2010.

                /s/      Margaret A. Burks, Esq.
                      Margaret A. Burks, Esq.

Cincinnati Children's Hospital
c/o Slovin & Associates Co. LPA
9435 Waterstone Boulevard
Suite 270
Cincinnati, Ohio 45249

Debtor(s) Counsel
FIELD & HILL, LTD.
632 VINE STREET
SUITE 1010
CINCINNATI, OH  45202

Debtor(s)
TIMOTHY MICHAEL JOHNSON
RHONDA MICHELLE JOHNSON
706 S. NIXON CAMP ROAD
OREGONIA, OH  45054

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Slovin & Associates
8150 Corporate Park Drive
Suite 350
Cincinnati, Ohio 45242-3320