UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 09-14147<br>CHAPTER 13 |
| TIMOTHY MICHAEL JOHNSON<br>RHONDA MICHELLE JOHNSON<br>    DEBTORS | : | JUDGE JEFFERY P. HOPKINS |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916819 | $9.52 |

Creditor(s)
Cincinnati Children's Hospital
c/o Slovin & Associates Co. LPA
9435 Waterstone Boulevard
Suite 270
Cincinnati, Ohio 45249

                                                Respectfully submitted,

                                    /s/    Margaret A. Burks, Esq.
                                         Margaret A. Burks, Esq.
                                         Chapter 13 Trustee
                                         Attorney No. OH 0030377

                                         Francis J. DiCesare, Esq.
                                         Staff Attorney
                                         Attorney No. OH 0038798

                                         Karolina F. Perr, Esq.
                                         Staff Attorney
                                         Attorney No. OH 0066193

                                         600 Vine Street, Suite 2200
                                         Cincinnati, OH 45202
                                         (513) 621-4488
                                         (513) 621 2643 (Facsimile)
                                         mburks@cinn13.org - Correspondence only
                                         fdicesare@cinn13.org
                                         kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, May 14, 2010.

                              /s/     Margaret A. Burks, Esq.
                                       Margaret A. Burks, Esq.

| | |
|---|---|
| Cincinnati Children's Hospital<br>c/o Slovin & Associates Co. LPA<br>9435 Waterstone Boulevard<br>Suite 270<br>Cincinnati, Ohio 45249 | Debtor(s) Counsel<br>FIELD & HILL, LTD.<br>632 VINE STREET<br>SUITE 1010<br>CINCINNATI, OH  45202 |
| Debtor(s)<br>TIMOTHY MICHAEL JOHNSON<br>RHONDA MICHELLE JOHNSON<br>706 S. NIXON CAMP ROAD<br>OREGONIA, OH  45054 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br>(service waived) |
| Slovin & Associates<br>8150 Corporate Park Drive<br>Suite 350<br>Cincinnati, Ohio 45242-3320 | |

Registry_Deposit_for_Creditor